

Dated: May 8, 2015

The following is ORDERED:



Janice D. Loyd
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: Frankie J. Goad and Danette E. Goad<br><br>Debtors. | Case No.   BK-05-28420-JDL<br>Chapter 13 |
| Frankie J. Goad and Danette E. Goad<br><br>Plaintiff,<br><br>vs.<br><br>Ocwen Loan Servicing. LLC, A Florida Entity,<br>Successor in interest to<br>HOMEQ SERVICING,<br><br>Defendant. | ADV No. 11-1087 |

## ORDER TO REOPEN ADVERSARY

The Court being advised in the premises, and upon representation of the Debtors, FRANKIE J. & DANETTE E. GOAD, FINDS that:

1. The Motion to Reopen was served on all parties in interest on December 9, 2014 and

the Amended Motion to Reopen was served on all parties in interest on March 19, 2015 and no objection has been served within the time to object, including applicable allowance of three (3) days for mailing, which expired on April 2, 2015. All findings of fact and conclusions of law are based upon representation of counsel.

IT IS THEREFORE ORDERED that the above-styled case be reopened so that the Debtors may proceed with the Show Cause hearing.

**All findings of fact are based upon representation of counsel for debtor(s).**

**IT IS SO ORDERED!**

# # #

Approved for Entry:

/s/Philip A. Hurtt
PHILIP A. HURTT, OBA # 16244
Branch & Hurtt Law Firm, P.C.
1525 S.W. 89th Street
Oklahoma City, Oklahoma 73159
Telephone: (405) 634-7600
Facsimile: (405) 634-9306
E-mail: lacristaoklaw@coxinet.net
*Attorney for the Debtor(s)*